IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-091-RJC-DCK

| CHAD L. HAWLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NEUROCRINE BIOSCIENCES, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Response To Defendant's Motion To Dismiss And Plaintiff's Motion For Extension Of Time To Perfect Service" (Document No. 11) filed July 20, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will respectfully <u>deny</u> the motion.

The instant filing violates the Local Rules of this Court which directs that:

> Motions shall not be included in responsive briefs. Each motion must be set forth as a separately filed pleading.

LCvR 7.1 (c)(2)

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Response To Defendant's Motion To Dismiss And Plaintiff's Motion For Extension Of Time To Perfect Service" (Document No. 11) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a revised response to the pending motion to dismiss on or before **July 25, 2023**. Plaintiff may file a separate motion seeking other relief.

**IT IS FURTHER ORDERED** that Clerk of Court shall strike Document Nos. 11 and 12.

**SO ORDERED**.

Signed: July 21, 2023

David C. Keesler
United States Magistrate Judge